## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Cheryl J. Von Arx,                                                    Civil No. 05-524 (DWF/SRN)

    Plaintiff,

v.                                                                                              **ORDER**

Pulmonary & Critical Care Associates, P.A.,

    Defendant.

_____

Rockford R. Chrastil, Esq., Chrastil & Steinberg, counsel for Plaintiff.

Gregory L. Peters, Esq., Seaton Beck Peters Bowen & Feuss, P.A., counsel for Defendant.

_____


  Based upon the Parties' Joint Stipulation For Dismissal With Prejudice (Doc. No. 10),

  **IT IS HEREBY ORDERED** that the above matter is **DISMISSED WITH**

**PREJUDICE** and without costs or attorney fees to either party.


Dated:  October 25, 2005                         s/Donovan W. Frank
                                                                 DONOVAN W. FRANK
                                                                 Judge of United States District Court